FILED
2025 Nov-26  AM 10:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TAYLOR PHILLIPS, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | )   Civil Action Number: _____ |
| | ) |
| TOWN OF BLOUNTSVILLE, *et, al.*, | ) |
| | ) |
|   Defendants. | ) |

## JOINT NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendants Town of Blountsville, Alabama, Council Members Debra Sorrell, Tyler Cantrell, Don Griffin, Ray Baxley, and David Blaxton (collectively, "Town Council Defendants") and defendant Town of Blountsville, Alabama ("Blountsville") remove this action from the Circuit Court of Blount County, Alabama, where it is currently pending as Civil Action Number: 08-CV-2025-900259.00, to the United States District Court for the Northern District of Alabama, Southern Division. As grounds for removal, defendants state as follows:

1.     Plaintiff Taylor Phillips commenced this action by filing a complaint on October 30, 2025, in the Circuit Court of Blount County, Alabama, against Blountsville, the Town Council Defendants, and three fictitious defendants. (Compl.).

2.      Blountsville and the Town Council Defendants were purportedly served with a copy of the summons and complaint on October 31, 2025. Removal of this action is timely under 28 U.S.C. § 1446(b) because this notice of removal was filed within the earlier of 30 days of service or defendants' receipt of the complaint.

3.      Defendants remove this action on the basis of federal question jurisdiction. In her complaint, plaintiff attempts to state multiple causes of action under 42 U.S.C. § 1983 for purported violations of the First Amendment to the United States Constitution. (Compl. at ¶¶ Counts Two and Three). Plaintiff also attempts to state a claim at Count One for violation of her due process rights under the laws of the State of Alabama, "as well as, the United States Constitution as stated by the U.S. Supreme Court in *Cleveland Bd. of Educ. v. Loudermill*, 470 U.S. 532, 542 (1985) and numerous other cases and proceedings." (Compl., ¶ 16). These section 1983 claims premised upon the First Amendment and Fourteenth Amendment Due Process Clause of the United States Constitution invoke the Court's original federal question jurisdiction under 28 U.S.C. § 1331 because they "aris[e] under the Constitution[] [and/or] laws … of the united States." Accordingly, this action is properly removable pursuant to 28 U.S.C. § 1441.

4.      In addition to her claims alleging a deprivation of rights guaranteed by the First and Fourteenth Amendments, plaintiff incorporates into her claims arising under the United States Constitution state-law claims for violation of Alabama Code

2

§ 11-43-160 and defamation. (Compl. at Counts One, Two, and Three). These state-law claims are so related to the plaintiff's First and Fourteenth Amendment claims that they form part of the same "case or controversy" within the meaning of Article III of the United States Constitution. Accordingly, the Court, in addition to having federal question jurisdiction over plaintiff's First and Fourteenth Amendment claims as shown above, also has supplemental jurisdiction over all of plaintiff's state-law claims pursuant to 28 U.S.C. § 1367(a).

5.     As of the date of this notice of removal, the only named and served defendants in this action are Blountsville and the Town Council Defendants. Accordingly, the unanimity requirement of 28 U.S.C. § 1446 is satisfied.

6.     In accordance with 28 U.S.C. § 1446(a), defendants have attached to this notice of removal a true and correct copy of all process, pleadings, and orders that were served upon them while this action was pending in the Circuit Court of Blount County, Alabama. (**Exhibit A**).

7.     Additionally, in accordance with 28 U.S.C. § 1446(d), defendants will promptly provide written notice to all adverse parties of the removal of this action and will file a copy of this notice of removal with the Clerk of the Circuit Court of Blount County, Alabama. (**Exhibit B**).

8.     By removing this action from the Circuit Court of Blount County, Alabama, defendants do not waive any defenses available to them.

9.     By removing this action from the Circuit Court of Blount County, Alabama, defendants do not admit any of the allegations in plaintiff's complaint.

10.    As demonstrated above, defendants have satisfied all of the requirements for removal prescribed by 28 U.S.C. §§ 1441 and 1446. If any question arises as to the propriety of the removal of this action, defendants respectfully request the opportunity to present a brief and oral argument in further support of this notice of removal.

**ACCORDINGLY**, defendants respectfully request the Court accept removal jurisdiction over this action and enter such orders as may be appropriate to effect the removal of this action from the Circuit Court of Blount County, Alabama, to the United States District Court for the Northern District of Alabama, Southern Division.

*S/Allen L. Anderson*
Allen L. Anderson (ASB-5940-R75A)
Patrick E. Sebesta II (ASB-6130-N63C)

***Attorneys for defendants Debra Sorrell, Tyler Cantrell, Don Griffin, Ray Baxley, and David Blaxton***

**OF COUNSEL:**

**F&B LAW FIRM, P.C.**
213 Greene Street
Huntsville, Alabama  35801
Telephone Number:  (256) 536-0095
Facsimile Number:  (256) 536-4440
E-mail:  court@fb-pc.com

4

*S/C. Gregory Burgess*
C. Gregory Burgess (ASB-1519-R79C)
Stephanie Margaret Hall (ASB-1050-F67A)

***Attorneys for defendant Town of Blountsville, Alabama***

**OF COUNSEL:**

**LANIER, FORD, SHAVER & PAYNE P.C.**
Post Office Box 2087
Huntsville, Alabama 35804
Telephone Number: (256) 535–1100
Facsimile Number: (256) 533-9322
E-mail: cgb@lanierford.com
            smh@lanierford.com

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November, 2025, I electronically filed the foregoing with Clerk of Court using the ECF/CM system which will send notification of such filing to the following:

WILLIAM P. GRAY, JR.
**GRAY & ASSOCIATES, LLC**
3500 Blue Lake Drive, Suite 455
Birmingham, Alabama 35243
Telephone Number: (205) 968-0900
E-mail: wpg@grayattorneys.com

JERRY KILGO
**FULLER, WILLINGHAM & CARTER, LLC**
413 1st Ave S.W.
Cullman, Alabama 35055
Telephone Number: (256) 734–2023
E-mail: jerry@fandwlaw.com

*S/Allen L. Anderson*
Allen L. Anderson

6